**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6900**

BILLY RAY PARKER,

                    Plaintiff – Appellant,

          v.

RICK BURRIS, Sheriff of Stanly County, North Carolina;
CAPT. LANE BURRIS; DEPUTY DARRIN POPLIN; LT. TOMMY HUDSON;
SARAH MILLS, LPN,

                    Defendants – Appellees,

          and

SOUTHERN HEALTH PARTNERS, INC.,

                    Defendant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Loretta Copeland
Biggs, District Judge.  (1:13-cv-00488-LCB-LPA)

Submitted:  November 19, 2015      Decided:  November 23, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy Ray Parker, Appellant Pro Se. Patrick Houghton Flanagan,
Virginia Marie Wooten, CRANFILL, SUMNER & HARTZOG, LLP,
Charlotte, North Carolina; Walter Gregory Merritt, Jay C.

Salsman, HARRIS, CREECH, WARD & BLACKERBY, New Bern, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Ray Parker appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parker v. Burris, No. 1:13-cv-00488-LCB-LPA (M.D.N.C. May 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED